IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MARK HARDER,

    Petitioner,

                                  Case No.  21-cv-188-jdp

  v.

UNITED STATES OF AMERICA,

    Respondent.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of respondent United States of America against petitioner Mark Harder denying Harder's petition for habeas relief under 28 U.S.C. § 2255 and dismissing this case.

s/ K. Frederickson, Deputy Clerk           August 6, 2021
Peter Oppeneer, Clerk of Court             Date