UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN
_____

MARK HARDER,

        Petitioner-Appellant,

vs.                                                 Case No. 21-cv-188

UNITED STATES OF AMERICA,

        Respondent-Appellee.
_____

## NOTICE OF APPEAL

Mark Harder, by counsel, hereby gives notice pursuant to Fed. R. App. P. 3(c) and 4(a) that he appeals the order and judgment denying his petition for relief under 28 U.S.C. § 2255. The judgment was imposed on August 6, 2021, in the United States District Court for the Western District of Wisconsin, the Honorable James D. Peterson presiding. Mr. Harder takes this appeal to the United States Court of Appeals for the Seventh Circuit.

The district court issued a certificate of appealability pursuant to 28 U.S.C. § 2253 and Fed. R. App. P. 22(b), authorizing this appeal, in the same order denying the § 2255 petition.

With this notice of appeal, Mr. Harder also files the docketing statement required by Cir. Rule 3 (7th Cir.), combined with a Cir. Rule 26.1 disclosure statement.

FEDERAL DEFENDER SERVICES
OF WISCONSIN, INC.

Dated at Madison, Wisconsin this 20th day of August, 2021.

                Respectfully submitted,
                Mark Harder, Petitioner

                */s/ Joseph A. Bugni*
                Joseph A. Bugni

                FEDERAL DEFENDER SERVICES
                 OF WISCONSIN, INC.
                22 East Mifflin Street, Suite 1000
                Madison, WI 53703
                Tel: 608-260-9900
                Fax: 608-260-9901
                Joseph_bugni@fd.org